of the action, either as owner of the rented premises or as being entitled in any other way to the rents and profits. The judgment dismissing the complaint must therefore be affirmed, with costs.

HOUGHTON, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 22, 1901.) Action by Ella V. Houghton against the Metropolitan Street-Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

HOUGHTON, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 22, 1901.) Action by Halbert Houghton against the Metropolitan Street-Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

HOYE, Respondent, v. FLYNN et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 8, 1901.) Action by Stephen M. Hoye against Mary Flynn and others, as executors of John Flynn, deceased. No opinion. Judgment and order affirmed, with costs. See 64 N. Y. Supp. 252.

HUDSON, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 8, 1901.) Action by George C. Hudson against the Erie Railroad Company. No opinion. Appeal transferred to the First department.

In re HUNTER. (Supreme Court, Appellate Division, Fourth Department. May 19, 1901.) In the matter of the petition of John Hunter for an order enjoining James M. Caffrey from trafficking in liquors contrary to the provisions of the liquor tax law. No opinion. Order affirmed, without costs. See 69 N. Y. Supp. 908.

HUTCHINS, Appellant, v. FITCHBURG R. CO., Respondent. (Supreme Court, Appellate Division, Third Department. March 6, 1901.) Action by Emma Hutchins against the Fitchburg Railroad Company. No opinion. Judgment unanimously affirmed, with costs.

ISEAR, Appellant, v. BLOOM et al., Respondents. (Supreme Court, Appellate Term. April 22, 1901.) Action by Sacharize Isear against Fanny Bloom and another. From a judgment dismissing his complaint, with costs, plaintiff appeals. Reversed. A. I. Spiro, for appellant. N. Alienikoff, for respondents.

PER CURIAM. Upon the stipulation entered into herein, judgment reversed, and a new trial ordered to be had, without costs of this appeal to either party; all disbursements to be taxed in favor of the plaintiff appellant to abide the event of said new trial, and respondents to repay to appellant forthwith the $10 costs imposed upon and paid by plaintiff upon dismissal.

JAMESTOWN BUSINESS COLLEGE ASS'N, Limited, Appellant, v. ELLEN, Respondent. (Supreme Court, Appellate Division,

69 N.Y.S.—72

Fourth Department. March 19, 1901.) Action by the Jamestown Business College Association, Limited, against Elva J. Ellen. No opinion. Judgment and order affirmed, with costs.

In re JETMORE. (Supreme Court, Appellate Division, Second Department. March 22, 1901.) In the matter of the application of Aaron P. Jetmore for admission to the bar. No opinion. Application granted.

In re JOHNSON et al. (Supreme Court, Appellate Division, Fourth Department. March 19, 1901.) In the matter of the judicial settlement of the accounts of Charles D. Johnson and others, executors and trustees, etc. No opinion. Motion for reargument denied, with $10 costs.

JONES, Respondent, v. BROOKLYN, Q. C. & S. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 22, 1901.) Action by Melissa H. Jones against the Brooklyn, Queens County & Suburban Railroad Company. No opinion. Judgment and order affirmed, with costs. All concur, except GOODRICH, P. J., and JENKS, J., who dissent.

J. R. ALSING CO., Appellant, v. NEW ENGLAND QUARTZ & SPAR CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 27, 1901.) Action by the J. R. Alsing Company against the New England Quartz & Spar Company. No opinion. Appeal transferred to the First department.

KAISER, Respondent, v. BRITISH AMERICA ASSUR. CO., Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. March 12, 1901.) Action by Jacob Kaiser against the British America Assurance Company, Toronto, Canada, impleaded, etc. No opinion. Judgment affirmed, with costs, on opinion of LAUGHLIN, J., in Kaiser v. Insurance Co. (Sup.) 69 N. Y. Supp. 344. All concur; ADAMS, P. J., and McLENNAN, J., in result only.

KAISER, Respondent, v. FIRE ASSOCIATION OF PHILADELPHIA, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. March 12, 1901.) Action by Jacob Kaiser against the Fire Association of Philadelphia, impleaded, etc. No opinion. Judgment affirmed, with costs, on opinion of LAUGHLIN, J., in Kaiser v. Insurance Co. (Sup.) 69 N. Y. Supp. 344. All concur; ADAMS, P. J., and McLENNAN, J., in result only.

KAISER, Respondent, v. SVEA ASSUR. CO. OF GOTHENBURG, SWEDEN, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. March 12, 1901.) Action by Jacob Kaiser against the Svea Assurance Company of Gothenburg, Sweden, impleaded, etc. No opinion. Judgment affirmed, with costs, on opinion of LAUGHLIN, J., in Kaiser v. Insurance Co. (Sup.) 69 N. Y. Supp. 344. All concur; ADAMS, P. J., and McLENNAN, J., in result only.